Same case below, 390 Fed. Appx. 278.

**No. 10-8567. Alberto Hernandez, Petitioner v. Florida.**

562 U.S. 1277, 131 S. Ct. 1616, 179 L. Ed. 2d 512, 2011 U.S. LEXIS 2054.

March 7, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 46 So. 3d 1010.

**No. 10-8568. Alfonzo Hendrix, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1277, 131 S. Ct. 1616, 179 L. Ed. 2d 512, 2011 U.S. LEXIS 1979.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8598. James Franklin Pipes, Petitioner v. David Ballard, Warden, et al.**

562 U.S. 1277, 131 S. Ct. 1617, 179 L. Ed. 2d 512, 2011 U.S. LEXIS 1955.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 19.

**No. 10-8639. Mert Celebisoy, Petitioner v. Karen Brunson, Warden.**

562 U.S. 1277, 131 S. Ct. 1617, 179 L. Ed. 2d 512, 2011 U.S. LEXIS 2068.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8683. Cedric Joseph Rue, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

562 U.S. 1277, 131 S. Ct. 1617, 179 L. Ed. 2d 512, 2011 U.S. LEXIS 1964.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8720. Juan Bradley, Petitioner v. Warren K. Urbom, et al.**

562 U.S. 1277, 131 S. Ct. 1618, 179 L. Ed. 2d 512, 2011 U.S. LEXIS 1913.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8764. Robert Dale Smart, Petitioner v. Cecilia Reynolds, Warden.**

562 U.S. 1277, 131 S. Ct. 1618, 179 L. Ed. 2d 512, 2011 U.S. LEXIS 1945,

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 114.

**No. 10-8797. Anthony Boyd, Petitioner v. United States.**

562 U.S. 1277, 131 S. Ct. 1618, 179 L. Ed. 2d 512, 2011 U.S. LEXIS 1980.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 401 Fed. Appx. 565.